UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEITH A. JOHNSON,<br><br>                Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                Defendants. | Case No. 2:19-cv-00014-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Civil Rights Complaint Pursuant to 42 USC § 1983 (ECF No. 1-2), filed on January 2, 2019.

Plaintiff filed his Complaint in the CM/ECF system and appears to have filed his Complaint, financial certificate, and inmate trust account, done so in proper person, but failed to file an application to proceed *in forma pauperis* pursuant to LSR 1-1 and 28 U.S.C. § 1915(a). Plaintiff's application to proceed *in forma pauperis* is therefore incomplete. Plaintiff's complaint will not be filed until he either pays the requisite filing fee or he files a complete application to proceed *in forma pauperis* and the Court conducts a preliminary screening of his complaint. Plaintiff shall either pay the filing fee or file an application to proceed *in forma pauperis* no later than **June 21, 2019**. Plaintiff is advised that should he elect to submit an application to proceed *in forma pauperis*, he must also resubmit his most current trust account information. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall either pay the filing fee or file an application to proceed *in forma pauperis* no later than **June 28, 2019**.

**IT IS FURTHER ORDERED** that the Clerk of the Court retain the Complaint (ECF No. 1-2).

1

| | |
|---|---|
| 1 | **IT IS FURTHER ORDERED** that the Clerk of the Court shall mail Plaintiff a copy of |
| 2 | the Application to Proceed *In Forma Pauperis* By An Inmate Under 28 U.S.C. §1915, along with |
| 3 | a copy of the instant Order dated May 28, 2018. Failure to timely comply with the terms of this |
| 4 | Order will result in an order to show cause why the case should not be recommended for |
| 5 | dismissal. |

Dated this 28th day of May, 2019.

_George Foley Jr._
_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE